1018

The PENNSYLVANIA RAILROAD COMPA-
NY, Libelant-Appellant, v. THE Steamship
HENRY R. MALLORY, Mallory Steamship
Company, Claimant-Appellee.

No. 80.

Circuit Court of Appeals, Second Circuit.

Feb. 4, 1935.

· Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and A. Howard Neely, both of New York City, of counsel), for the Radnor, the Washington, and Pennsylvania R. Co.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (J. Harvey Turnure, of New York City, of counsel), for the Henry R. Mallory and Mallory S. S. Co.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed. ,

J. J. PERKINS, Petitioner, v. COMMISSION-
ER OF INTERNAL REVENUE,
Respondent.

Mrs. J. J. (Lois) PERKINS, Petitioner, v.
COMMISSIONER OF INTERNAL
REVENUE, Respondent.

No. 7747.

Circuit Court of Appeals, Fifth Circuit.

April 5, 1935.

Harry C. Weeks, of Wichita Falls, Tex., for petitioners.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.
These causes came on to be heard upon the joint stipulation of counsel that the above entitled and numbered causes be remanded to the United States Board of Tax Appeals, and was submitted to the court.

On consideration whereof, it is now here ordered and adjudged by this court that the above entitled and numbered causes be remanded to the United States Board of Tax Appeals, with instructions to allow to the petitioners depletion on the oil and gas lease bonuses received by them in the year 1927, for leases relating to land in Wheeler county and to portions of the Woodrum Ranch, in accordance with the principles announced in Herring v. Commissioner of Internal Revenue, 293 U. S. 322, 55 S. Ct. 179, 79 L. Ed. —. It is further ordered and adjudged that the mandate of this court issue without delay.

Samuel J. RAWAK, Appellee, v. MARION
DE VRIES, Inc., Appellant.

No. 235.

Circuit Court of Appeals, Second Circuit.

Feb. 4, 1935.

Weinberg & Weinberg, of New York City (Basil O'Connor and Reuben Weinberg, both of New York City, of counsel), for appellant.

Martin Berlin, of New York City (Isidor E. Schlesinger, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Judgment and order affirmed.